Cite as 2019 Ark. App. 377

# ARKANSAS COURT OF APPEALS
DIVISION IV
No. CR-18-508

RODERICK MONTGOMERY

APPELLANT

V.

STATE OF ARKANSAS

APPELLEE

Opinion Delivered: September 18, 2019

APPEAL FROM THE DREW COUNTY
CIRCUIT COURT
[NO. 02CR-17-121]

HONORABLE SAM POPE, JUDGE

AFFIRMED

**RITA W. GRUBER, Chief Judge**

This is a companion case to *Montgomery v. State*, 2019 Ark. App 376 (case No. CR-18-500) also handed down today.[1] In the present case, Roderick Montgomery pleaded guilty in the Drew County Circuit Court to delivery of methamphetamine, a Class B felony; possession of a defaced firearm, a Class D felony; possession of a firearm by a felon while in the commission of a new offense, a Class B felony; and use of a communication device in the commission of a drug offense, a Class C felony. In the companion case occurring in Ashley County, appellant pleaded guilty to two counts of delivery of methamphetamine, Class C felonies, and one count of delivery of methamphetamine, a Class B felony. Both counties are located within the Tenth Judicial District.

---

[1]It is back after rebriefing. *See Montgomery v. State*, 2019 Ark. App. 128.

With appellant's consent, the court held one sentencing hearing for all seven convictions. In this case, the court entered a sentencing order in accordance with the jury's verdict sentencing appellant to ten years' imprisonment on the methamphetamine conviction; six years' imprisonment on the defaced-firearm conviction; fifteen years' imprisonment on the possession-of-a-firearm conviction; and three years' imprisonment on the communication-device conviction. The sentences were to run consecutively except for the three-year sentence for use of a communication device. Appellant brings four points on appeal alleging errors in the sentencing hearing. Because these points are identical to the points raised in *Montgomery v. State*, 2019 Ark. App. ___, we affirm for the reasons set forth in that opinion, also handed down today.

Affirmed.

HARRISON and MURPHY, JJ., agree.

*Ben Motal*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Michael A. Hylden*, Ass't Att'y Gen., for appellee.